IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-01707-PSF-CBS

730 SIMMS, LLC, a Colorado limited liability company,

    Plaintiff,

v.

DENVER ASSOCIATES, a Pennsylvania limited partnership; and
S. KENT ROCKWELL, an individual,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal With Prejudice (Dkt. # 29), filed June 13, 2007.  The Court having considered the Stipulation for Dismissal, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorneys' fees and costs.

DATED:  June 19, 2007

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                U.S. District Court Judge